| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Regina Johnson Irvin <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9369 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Robert C Irvin Jr <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3892 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    11–38273–VFP | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Regina Johnson Irvin                          Robert C Irvin Jr
    aka Regina Irvin, aka Regina G Irvin

5/9/17                                              **By the court:** Vincent F. Papalia
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 11-38273-VFP
Regina Johnson Irvin                                                    Chapter 13
Robert C Irvin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4               Date Rcvd: May 09, 2017
                              Form ID: 3180W           Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
jdb/db         #+Regina Johnson Irvin,    Robert C Irvin, Jr,    362 Washington St,    Rahway, NJ 07065-5170
512395513      #+ACB Receivables Management, Inc.,    19 Main Street,    P.O. Box 350,
                 Asbury Park, NJ 07712-0350
512395514      #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
512395519       +Andreau, Palma & Andreau, P.C.,    701 SW 27th Avenue,    Ste. 900,    Miami, FL 33135-3000
512395521       +Anethesia Associates at St. Michael's,    P.O. Box 1593,    Secaucus, NJ 07096-1593
512445839        BENEFICIAL NEW JERSEY INC. D/B/A BENEFICIAL MORTGA,    P.O. BOX 10490, VIRGINIA BEACH, VA 23450
512395527        BJ Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
512395550      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    Processing Center,    Des Moines, IA 50364-0500)
512395543      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court: Healthcare Funding Slt,    370 17th St Ste 5000,    Denver, CO 80202)
512395531       +Captial One,    Attn: Regional Adjustment Bureau,    P.O. Box 34111,    Memphis, TN 38184-0111
512395532       +Celentino, Stadtmauer, Walentowicz,    Notchview Office Park,    1035 Route 46 East,
                 P.O. Box 2594,    Clifton, NJ 07015-2594
512395534       +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
512395538       +Clara Maass Health System,    P.O. Box 18346,    Newark, NJ 07191-8346
512395542       +Healthcare Financial Services,    P.O. Box 1709,    Bloomfield, NJ 07003-1709
512395552       +JC Penny,    Attn: Zwicker & Associates,    Post Office Box 101145,    Birmingham, AL 35210-6145
512395554       +Lane Bryant,    P.O. Box 856132,    Louisville, KY 40285-6132
512395555       +Law Offices of Harold E. Scherr, P.A.,    1064 Greenwood Blvd., Ste. 328,
                 Lake Mary, FL 32746-5419
512395556       +Lowe's,    Attn: Leading Edge Recovery,    P.O. Box 129,    Linden, MI 48451-0129
512434397       +Midland Credit Management, Inc.,    2365 Northside Dr Ste  300,    San Diego, CA 92108-2709
512395564       +Northfield Bank,    P.O. Box 2858,    Omaha, NE 68103-2858
512581023        PRINCETON PATHOLOGY SERVICES,    Revenue Recovery Corporation,    PO Box 2698,
                 Knoxville, TN 37901-2698
512395567       +Paramount Recovery,    Attn: Bankruptcy,    Po Box 788,    Lorina, TX 76655-0788
512395568        Penn Credit Corp.,    P.O. Box 988,    Harrisburg, PA 17108-0988
512395570       +Prime Radiology, LLC,    66 W. Gilbert Street,    Red Bank, NJ 07701-4947
512395573       +Raine & Raine of New Jersey, LLC,    P.O. Box 949,    Cranberry Commons,
                 446 Route 35, Building C,    Eatontown, NJ 07724-4290
512395574       +Remex Inc,    322 Wall Street,    Princeton, NJ 08540-1515
512395575       +Rubin & Raine of N.J.,    Cranberry Commons,    P.O. Box 949,    Eatontown, NJ 07724-0949
512395582       +SBMC Oncology,    P.O.Box 18398,    Newark, NJ 07191-8398
512395578       +Saint Barnabas Outpatient Centers,    P.O. Box 18680,    Newark, NJ 07191-8680
512395579       +Saint Barnabas/Healthcare Funding,    c/o Law Offices of Harold Scherr, P.A.,
                 1064 Greenwood Blvd., Ste. 328,    Lake Mary, FL 32746-5419
512395581       +Saint Michael's Medical Center,    1160 Raymond Boulevard,    Newark, NJ 07102-4168
512395580       +Saint Michael's Medical Center,    P.O. Box 18518,    Newark, NJ 07192-0001
512489273       +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
514100602       +Specialized Loan Servicing LLC,    Bankruptcy Department,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
514100603       +Specialized Loan Servicing LLC,    Bankruptcy Department,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129,    Specialized Loan Servicing LLC,
                 Bankruptcy Department 80129-2386
512395583       +St. Barnabas Health Care,    Att: Apex Asset Management, LLC,    1891 Santa Barbara Drive - #204,
                 Lancaster, PA 17601-4106
512395584       +St. Barnabas Medical Center,    c/o Rubin & Raine of NJ,    P.O. Box 949,
                 Cranberry Commons, 446 Rte. 35, Bldg. C,    Eatontown, NJ 07724-0949
512395585       +St. Barnabas Medical Center,    c/o Celentano, Stadtmauer,    Notchview Office Park,
                 1035 Rte. 46 East,    Clifton, NJ 07013-2468
512395586       +St. Elizabeth's Hospital,    c/o Glazer & Kamel, Esqs.,    1207 Grand Street, 3rd Floor,
                 Elizabeth, NJ 07201-2328
512395587       +St. Michael's Medical Center,    100 Front Street, Ste. 1,    Riverside, NJ 08075-1181
512395589       +Usa Servicing Company,    11100 Usa Pkwy,    Fishers, IN 46037-9203
512395591       +Wells Fargo,    110 Fieldcrest Avenue,    Edison, NJ 08837-3626
512395594      #+Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 301,    P.O. Box 1024,
                 Mountainside, NJ 07092-0024
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 09 2017 22:20:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2017 22:20:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512395518      +EDI: BECKLEE.COM May 09 2017 22:03:00     American Express,    c/o Becket and Lee LLP,
                 Po Box 3001,    Malvern, PA 19355-0701
512395517      +EDI: AMEREXPR.COM May 09 2017 22:03:00     American Express,    P.O. Box 6618,
                 Omaha, NE 68106-0618
512577473       EDI: BECKLEE.COM May 09 2017 22:03:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
512395522      +EDI: ACCE.COM May 09 2017 22:03:00     Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
```

```
District/off: 0312-2          User: admin                  Page 2 of 4                   Date Rcvd: May 09, 2017
                              Form ID: 3180W               Total Noticed: 93

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
512395523         EDI: WFNNB.COM May 09 2017 22:03:00      Avenue,    P.O. Box 659584,    San Antonio, TX 78265-9584
512395524        +EDI: TSYS2.COM May 09 2017 22:03:00      Barclays Bank Delaware,
                  Attention:  Customer Support Department,    Po Box 8833,    Wilmington, DE 19899-8833
512395525         EDI: HFC.COM May 09 2017 22:03:00      Beneficial,    P.O. Box 5233,
                  Carol Stream, IL 60197-5233
512395526        +EDI: HFC.COM May 09 2017 22:03:00      Beneficial - HSBC,    P.O. Box 8631,
                  Carol Stream, IL 60197-8631
512509606        +EDI: OPHSUBSID.COM May 09 2017 22:04:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
                  2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
512395529         EDI: CAPITALONE.COM May 09 2017 22:03:00      Capital One, N.a.,    Bankruptcy Dept,
                  Po Box 5155,    Norcross, GA 30091
512395553         EDI: CHASE.COM May 09 2017 22:03:00      JP Morgan Chase,    Po Box 1093,    Northridge, CA 91328
512395536         EDI: CITICORP.COM May 09 2017 22:03:00      Citibank Usa,
                  Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,    Kansas City, MO 64195
512395528        +E-mail/Text: bncnotices@stengerlaw.com May 09 2017 22:20:17       Capital Alliance Financial,
                  Attn: Sterger & Sterger, PC,    4095 Embassy Drive,    Grand Rapids, MI 49546-2456
512395533         EDI: CHASE.COM May 09 2017 22:03:00      Chase,    Cardmember Services,    POB 15153,
                  Wilmington, DE 19886-5153
513786120        +EDI: RESURGENT.COM May 09 2017 22:03:00      East Bay Funding, LLC,
                  c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
512395539        +EDI: CONVERGENT.COM May 09 2017 22:04:00      Er Solutions,    Po Box 9004,
                  Renton, WA 98057-9004
512395540         EDI: WFNNB.COM May 09 2017 22:03:00      Fashion Bug,    P.O. Box 856021,
                  Louisville, KY 40285-6021
512395541        +EDI: RMSC.COM May 09 2017 22:03:00      Gemb/jcp,    Attention: Bankruptcy,    Po Box 103104,
                  Roswell, GA 30076-9104
512561760         EDI: RECOVERYCORP.COM May 09 2017 22:03:00      Granite Recovery LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
514937390        +EDI: RMSC.COM May 09 2017 22:03:00      Green Tree Servicing LLC,
                  7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283-4573
514937391        +EDI: RMSC.COM May 09 2017 22:03:00      Green Tree Servicing LLC,
                  7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283,    Green Tree Servicing LLC,
                  7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283-4573
512395557         EDI: RMSC.COM May 09 2017 22:03:00      Lowe’s,    P.O. Box 530914,    Atlanta, GA 30353-0914
512395558        +EDI: RMSC.COM May 09 2017 22:03:00      Lowes / MBGA,    Attention: Bankruptcy Department,
                  Po Box 103104,    Roswell, GA 30076-9104
512395559        +EDI: RESURGENT.COM May 09 2017 22:03:00      Lvnv Funding Llc,    P.o. B   10584,
                  Greenville, SC 29603-0584
512395560        +EDI: MID8.COM May 09 2017 22:03:00      MCM,    Dept. 12421,    POB 603,    Oaks, PA 19456-0603
512395561        +EDI: MID8.COM May 09 2017 22:03:00      MCM,    P.O. Box 60578,    Los Angeles, CA 90060-0578
512395562        +EDI: MID8.COM May 09 2017 22:03:00      Midland Credit Management,    Po Box 939019,
                  San Diego, CA 92193-9019
513571816         EDI: AIS.COM May 09 2017 22:03:00      Midland Funding LLC,    by American InfoSource LP as agent,
                  PO Box 4457,    Houston, TX 77210-4457
512395563        +E-mail/Text: info@hfrs1.com May 09 2017 22:21:27       Northern NJ Anesthesia Assoc.,
                  c/o Heritage,    600 East Crescent Avenue, Ste. 304,    Saddle River, NJ 07458-1899
512395565        +E-mail/Text: clientservices@northwestcollectors.com May 09 2017 22:20:33
                  Northwest Collectors,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
512395566        +E-mail/Text: bankruptcy@optimarecoveryservices.com May 09 2017 22:21:02
                  Optima Recovery Servic,    Attn: Bankruptcy,    Po Box 52968,    Knoxville, TN 37950-2968
512395569         EDI: PRA.COM May 09 2017 22:03:00      Portfolio Recovery Assoc.,    P.O. Box 12914,
                  Norfolk, VA 23541
512662643         EDI: PRA.COM May 09 2017 22:03:00      Portfolio Recovery Associates, LLC,    c/o Citibank,
                  POB 41067,    Norfolk VA 23541
512453271         EDI: PRA.COM May 09 2017 22:03:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                  POB 41067,    Norfolk VA 23541
512395571        +E-mail/Text: pinelac@pims-inc.com May 09 2017 22:21:09       Princeton Pathology,
                  319 Rt. 130 N. Ste. 4,    Hightstown, NJ 08520-2735
512395572        +E-mail/Text: pinelac@pims-inc.com May 09 2017 22:21:09       Princeton Pathology Services, PA,
                  319 Rt. 130 N. Ste. 4,    PMB 300, Town Center Plaza,    Hightstown, NJ 08520-2735
512668829         EDI: Q3G.COM May 09 2017 22:04:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
512434692         EDI: RESURGENT.COM May 09 2017 22:03:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
                  Seattle, WA 98111-9221
512395577         E-mail/Text: ebn@barnabashealth.org May 09 2017 22:21:12       Saint Barnabas Health Care System,
                  P.O. Box 903,    Oceanport, NJ 07757-0903
512395576        +E-mail/Text: ebn@barnabashealth.org May 09 2017 22:21:12       Saint Barnabas Health Care System,
                  94 Old Short Hills Road,    Livingston, NJ 07039-5668
512650638        +E-mail/Text: ebn@barnabashealth.org May 09 2017 22:21:12       Saint Barnabas Medical Center,
                  SBO,    2 Crecent Place,    Ocean Port, NJ 07757-1234
512395588        +EDI: ACCE.COM May 09 2017 22:03:00      Thomas M. Murtha, Esq.,    P.O. Box 771,
                  Woodbury, NJ 08096-7771
512395590        +EDI: RMSC.COM May 09 2017 22:03:00      Walmart,    P.O. Box 530927,    Atlanta, GA 30353-0927
516774739        +EDI: WFFC.COM May 09 2017 22:03:00      Wells Fargo Financial NJ Inc.,    4137 121st St.,
                  Urbandale, IA 50323-2310
512423004        +EDI: WFFC.COM May 09 2017 22:03:00      Wells Fargo Financial New Jersey Inc,
                  4137 121st Street,    Urbandale IA 50323-2310
```

```
District/off: 0312-2          User: admin              Page 3 of 4                  Date Rcvd: May 09, 2017
                              Form ID: 3180W           Total Noticed: 93
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
512395592        +EDI: WFFC.COM May 09 2017 22:03:00      Wffinancial,    800 Walnut St,
                  Des Moines, IA 50309-3504
512395593        +EDI: WFNNB.COM May 09 2017 22:03:00      Wfnnb/tsa,    Po Box 182686,    Columbus, OH 43218-2686
512423435         EDI: Q3G.COM May 09 2017 22:04:00      World Financial Network National Bank,
                  Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 50

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr               JPMorgan Chase Bank, National Association
512618833        JPMorgan Chase Bank, National Association c/o Zuck
cr*             +Midland Credit Management Inc,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
512486176*      +Asset Acceptance LLC,    Po Box 2036,    Warren MI 48090-2036
516709809*      +Mydiad Genetic Laboratories,    Johnson Mark LLC,    11778 S Election Dr.,
                  Draper, UT 84020-6808
512662655*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Citibank,   POB 41067,
                  Norfolk VA 23541)
512395551       ##Imaging Consultant of Essex,    P.O. Box 1733,    Frederick, MD 21702-0733
516662097       ##+Mydiad Genetic Laboratories,    Johnson Mark LLC,    11778 S Election Dr.,
                  Draper, UT 84020-6808
512668493       ##+Mydiad Genetic Laboratories,    c/o Johnson Mark LLC,    11778 S. Election Dr.,
                  Draper, UT 84020-6808
                                                                                         TOTALS: 3, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
```
          Clifford B. Frish    on behalf of Joint Debtor Regina Johnson Irvin yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Clifford B. Frish    on behalf of Debtor Robert C Irvin, Jr yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          David G. Beslow    on behalf of Joint Debtor Regina Johnson Irvin yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          David G. Beslow    on behalf of Debtor Robert C Irvin, Jr yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Robert C Irvin, Jr yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Mark Goldman    on behalf of Joint Debtor Regina Johnson Irvin yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
```

```
District/off: 0312-2          User: admin              Page 4 of 4          Date Rcvd: May 09, 2017
                              Form ID: 3180W           Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Melissa N. Licker   on behalf of Creditor   Specialized Loan Servicing LLC
        NJ_ECF_Notices@buckleymadole.com
        Michael S. Ackerman   on behalf of Creditor   Specialized Loan Servicing LLC
        bankruptcynotice@zuckergoldberg.com

                                                                                                                    TOTAL: 11