Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  11−38273−VFP
                      Chapter:  13
                      Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Regina Johnson Irvin | Robert C Irvin Jr |
| aka Regina Irvin, aka Regina G Irvin | 362 Washington St |
| 362 Washington St | Rahway, NJ 07065 |
| Rahway, NJ 07065 | |

Social Security No.:
  xxx−xx−9369                                   xxx−xx−3892

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 12, 2017                     Vincent F. Papalia
                                            Judge, United States Bankruptcy Court